# NO. 01-15-00137-CV

## In the Court of Appeals for the First District
### Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 2:24:54 PM
CHRISTOPHER A. PRINE
Clerk

**STEVEN HILL,**
APPELLANT

v.

**PREMIER IMS, INC.,**
APPELLEE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 2:24:54 PM
CHRISTOPHER A. PRINE
Clerk

On Appeal from the 133rd Judicial District Court of Harris County, Texas
Cause No. 2011-68790

## AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, personally appeared Mary Kathleen Evans, who, being by me duly sworn, deposed as follows:

My name is Mary Kathleen Evans. I am over the age of eighteen (18) years of age, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated:

I am an attorney licensed to practice in Texas. I have represented clients in business and commercial litigation in Harris County for over twenty years, including claims for breach of contract, breach of fiduciary duty, fraud and conversion. As such, I am familiar with the legal services necessary to prosecute and defend these types claim in Harris County and the reasonable charges for those services. I have also appealed, and responded to appeals, in the Texas Court of Appeals First District, and am familiar with reasonable charges for services related to an appeal.

Luccia & Evans, LLP represents Premier IMS, Inc, ("Appellee") the appeal, *Hill v. Premier IMS, Inc.,* No. 01-15-00137-CV, On Appeal from the 133rd Judicial District Court of Harris County, Texas, Cause No. 2011-68790. I am the lead attorney of record. Reasonable attorney fees and costs incurred during the course of this appeal is

EXHIBIT A

$21,875.00. We bill at a rate of $250.00 per hour. This includes time for review of Appellant's brief, research and review of Appellant's legal authority, as well as research and preparation of Appellee's response brief. It does not include expenses related to post-verdict motions or attending mediation requested by Appellant that was ultimately unsuccessful.

_____
Mary Kathleen Evans

SWORN TO AND SUBSCRIBED before me on the 8ᵗʰ day of September 2015.

MARTHA HARRIS
Notary Public, State of Texas
My Commission Expires
October 29, 2017

_____
Notary Public, State of Texas